Seth M. Lehrman (SBN 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorney for Plaintiff*
Gabrielle Reynolds

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GABRIELLE REYNOLDS, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>US DEALER SERVICES INC. d/b/a US DEALER SERVICES,<br><br>           Defendant. | CASE NO. 2:20-cv-03748 DMG (JCx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge: Hon. Dolly M. Gee** |

PLEASE TAKE NOTICE that Plaintiff, Gabrielle Reynolds, through counsel hereby informs the Court that the parties have reached a settlement of Plaintiff's individual claims in this matter. The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED:  June 2, 2021                    EDWARDS POTTINGER, LLC.

                                        By: */s/ Seth M. Lehrman*
                                        Seth M. Lehrman
                                        Attorney for Plaintiff
                                        Gabrielle Reynolds

-1-
NOTICE OF SETTLEMENT
CASE NO. 2:20-cv-03748 DMG (JCx)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

By: */s/ Seth M. Lehrman*
       Seth M. Lehrman