```
1  Seth M. Lehrman (SBN 178303)
   seth@epllc.com
2  EDWARDS POTTINGER LLC
   425 North Andrews Avenue, Suite 2
3  Fort Lauderdale, FL 33301
   Telephone: 954-524-2820
4  Facsimile:  954-524-2822

5  Attorney for Plaintiff
   Gabrielle Reynolds
6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GABRIELLE REYNOLDS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>US DEALER SERVICES INC. d/b/a US DEALER SERVICES,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-cv-03748-SB-JC<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Hon. Stanley Blumenfeld, Jr. |

　　　The Plaintiff, Gabrielle Reynolds, and Defendant, McClintock Industries, Inc. d/b/a Red Auto Protection, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to voluntary dismisses with prejudice, the complaint and all claims alleged therein in its individual capacity against US Dealer Services Inc. d/b/a US Dealer Services ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation for Dismissal disposes of the entire action.

1  DATED: June 16, 2021         EDWARDS POTTINGER LLC.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Gabrielle Reynolds

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman