UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE REYNOLDS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>US DEALER SERVICES INC. d/b/a US DEALER SERVICES,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-cv-03748-SB-JC<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>Hon. Stanley Blumenfeld, Jr. |

　　　The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

　　1. The Stipulation is GRANTED.

　　2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Gabrielle Reynolds ("Plaintiff"), in its individual capacity against US Dealer Services Inc. d/b/a US Dealer Services ("Defendant"), and dismisses all class claims alleged against Defendants without prejudice.

　　3. Each party shall bear their own attorney's fees, costs and expenses.

　　**IT SO ORDERED**

Dated: June 17, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge